

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2016

No. 04-16-00252-CV

Jean Eckford **HARDAWAY**, Et al.,
Appellants

v.

Lou Eda Korth Stubbs **NIXON**, Et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-0188-CVK
Honorable Russell H. Wilson, Judge Presiding

## O R D E R

Leticia Escamilla's notification of late reporter's record is hereby GRANTED. Time is extended to October 14, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2016.

Keith E. Hottle
Clerk of Court